UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

CHARLES H. REVELS, JR.,            :
             Plaintiff,           :
                                 :
           v.                   :      No. 2:17-cv-02231
                                 :
NANCY A. BERRYHILL,            :
Acting Commissioner of Social Security,    :
             Defendant.         :

---

**O R D E R**

**AND NOW**, this 17th day of September, 2018, upon consideration[1] of Plaintiff's

Complaint, ECF No. 4, Defendant's Answer, ECF No. 10, the Administrative Record, ECF No.

9, Plaintiff's Brief and Statement of Issues in Support of Request for Review, ECF No. 13,

Defendant's Response to Request for Review, ECF No. 14, Plaintiff's Reply, ECF No. 17, and

the Report and Recommendation ("R&R") of United States Magistrate Judge Elizabeth T. Hey,

ECF No. 19, **IT IS ORDERED THAT**:

---

[1]      When neither party objects to a magistrate judge's report and recommendation, the district court is not statutorily required to review the report, under de novo or any other standard. 28 U.S.C. § 636(b)(1)(C); *Thomas v. Arn*, 474 U.S. 140, 152 (1985). Nevertheless, the United States Court of Appeals for the Third Circuit has held that it is better practice to afford some level of review to dispositive legal issues raised by the report. *Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987), *writ denied* 484 U.S. 837 (1987). "When no objections are filed, the district court need only review the record for plain error or manifest injustice." *Harper v. Sullivan*, No. 89-4272, 1991 U.S. Dist. LEXIS 2168, at *2 n.3 (E.D. Pa. Feb. 22, 1991). *See also Hill v. Barnacle*, No. 15-3815, 2016 U.S. App. LEXIS 12370, at *16-17 (3d Cir. 2016) (holding that even when objections are filed, district courts "are not required to make any separate findings or conclusions when reviewing a Magistrate Judge's recommendation de novo under 28 U.S.C. § 636(b)"); *Oldrati v. Apfel*, 33 F. Supp. 2d 397, 399 (E.D. Pa. 1998) (explaining that in the absence of a timely objection, the court should review the magistrate judge's report and recommendation for clear error). The district court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1)(C).

1.     The Report and Recommendation, ECF No. 19, is **APPROVED and**

**ADOPTED**.

2.     Judgment is entered **REVERSING** the decision of the Commissioner of

Social Security for the purposes of this remand, only, and the relief sought by Plaintiff is

**GRANTED** to the extent that the matter is **REMANDED** pursuant to sentence four of 42 U.S.C.

§ 405(g) for further proceedings consistent with the R&R.

3.     This case is **CLOSED.**


                                        BY THE COURT:


                                        */s/ Joseph F. Leeson, Jr.*_____
                                        JOSEPH F. LEESON, JR.
                                        United States District Judge